| | | | |
|---|---|---|---|
| Bower Hill v. IHP/Bower Hill | 792 WDA 2015 Affirmed | 07/06/2016 | GD–12–003721 (Allegheny) |
| Com. v. Easter | 933 WDA 2015 Affirmed | 07/06/2016 | CP–25–CR–0002829– 2013 CP–25–CR–0003232– 2013 (Erie) |
| Com. v. Ellis | 1359 WDA 2015 Affirmed | 07/06/2016 | CP–07–CR–0001468– 2014 (Blair) |
| Mecchia v. Bensel | 1372 WDA 2015 Quashed | 07/06/2016 | No. 688 C.D. 2014 (Clarion) |
| Com. v. Woodard | 1690 WDA 2015 Affirmed | 07/06/2016 | CP–25–CR–0001825– 2004 (Erie) |
| Com. v. Budetich | 1718 WDA 2015 Affirmed | 07/06/2016 | CP–43–CR–0001733– 2014 (Mercer) |
| Com. v. Kontaxes | 1727 WDA 2015 Affirmed | 07/06/2016 | CP–26–CR–0000197– 2001 (Fayette) |
| Com. v. Johnson | 1828 WDA 2015 Affirmed | 07/06/2016 | CP–02–CR–0011960– 2004 (Allegheny) |
| Com. v. Garang | 1882 WDA 2015 Affirmed | 07/06/2016 | CP–25–CR–0001784– 2008 (Erie) |
| Com. v. Aiello | 79 WDA 2016. Affirmed | 07/06/2016 | CP–02–CR–0007117– 2000 (Allegheny) |
| Com. v. Gordon | 3588 EDA 2014 Affirmed, Vacated and Remanded | 07/07/2016 | CP–51–CR–0011236– 2013 (Philadelphia) |
| Com. v. Lazrovitch | 2922 EDA 2015 Affirmed | 07/07/2016 | CP–52–SA–0000021– 2015 (Pike) |
| Cabot Oil & Gas Corp. v. Scroggins [6] | 867 MDA 2015 Affirmed | .07/07/2016 | 2013–1303–CP (Susquehanna) |
| Souders v. Tuscarora Wayne Insurance | 1551 MDA 2015 Affirmed | 07/07/2016 | 2013–00214 (Fulton) |
| Com. v. Barnes | 1559 MDA 2015 Vacated and Remanded | 07/07/2016 | CP–21–CR–0002704– 2013 (Cumberland) |
| Com. v. Carpenter | 1474 WDA 2014 Affirmed | 07/07/2016 | CP–05–CR–0000402– 2013 (Bedford) |
| Com. v. Duncan | 237 WDA 2015 Affirmed | 07/07/2016 | CP–63–CR–0000357– 2011 (Washington) |

6. Petition for reargument denied September 06, 2016.